■ JAMES COLOSI, Respondent, v ROGER L. FOLEY, Doing Business as FOLEY's TAVERN, Appellant, et al., Defendant. (Appeal No. 1.) [849 NYS2d 870]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered August 4, 2006 in a personal injury action. The order, insofar as appealed from, denied that part of the motion of defendant Roger L. Foley, doing business as Foley's Tavern, for summary judgment dismissing the complaint against him.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Lunn, Fahey and Pine, JJ.